UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Arthur W. Reveal and Theresa B. Reveal**
S.S. Nos.: xxx-xx-7143 and xxx-xx-5270
Mailing Address: 5223 Oakbrook Drive, Durham, NC 27713-0000

Case No. 07-81752

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on November 30, 2007.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 16, 2008

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date:
Lastname-SS#: reveal-7143

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Alltel | | |
| | AIG - VALIC | | |
| | AIG - VALIC | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | | | | |
| | | | | |
| | | | | |
| | | 1 | | |
| | Hope Valley HOA | 1 | $130.00 | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Beoeficial #1 | 1 | $2,619 | T'ee | n/a | $2,619.00 | Home and Land |
| | | | | T'ee | n/a | | |
| | Hope Valley HOA | 1 | $20 | T'ee | n/a | $20.00 | Home and Land |
| | | | | T'ee | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Wells Fargo | 8 | $7,925 | T'ee | $79 | $178.29 | 2006 Chevrolet Venture |
| | Beneficial #2 | 1 | $0 | T'ee | $0 | $0.00 | House & Land |
| | | | | T'ee | | | |
| | | | | T'ee | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | . | | | T'ee | | | |
| | | | | T'ee | | | |
| | | | | T'ee | | | |
| | | | | T'ee | | | |
| | | | | T'ee | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,300 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $3,057 |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See♠) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount* |
|---|---|
| DMI= None($0) | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ 3,197 per month for 55 months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: 12 months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♠ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition motgage payment.

Ch13Plan_MD_(DeSardi) (4/12/07) © John T. Orcutt  (Page 4 of 4)

### Other Miscellaneous Provisions

## CERTIFICATE OF SERVICE

Gabrielle Morrison, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Gabrielle Morrison
Gabrielle Morrison

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Chase BP<br>Cardmember Service<br>PO Box 15298<br>Wilmington, DE 19850 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Allied Interstate<br>3000 Corporate Exchange Drive<br>5th Floor<br>Columbus, OH 43231 | Child Support Enforcement<br>Post Office Box 20800<br>Raleigh, NC 27619-0800 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | American Express<br>Post Office Box 981535<br>El Paso, TX 79998 | CitiFinancial<br>Bankruptcy Financial<br>PO Box 140489<br>Irving, TX 75014 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | American Express<br>Post Office Box 981535<br>El Paso, TX 79998-1535 | CitiFinancial<br>Bankruptcy Dept.<br>PO Box 140489<br>Irving, TX 75014 |
| Internal Revenue Service**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Beneficial Customer Service<br>Attn: QWR Dept.<br>PO Box 1547<br>Chesapeake, VA 23320 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Beneficial Customer Service<br>4711 Hope Valley Road<br>Durham, NC 27707 | Credit Card Center<br>PO Box 688940<br>Des Moines, IA 50368 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Beneficial Customer Services<br>4711 Hope Valley Road<br>Durham, NC 27707 | Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 |
| Innovis Data Solutions<br>Attn: Consumer Assistance<br>P.O. Box 1534<br>Columbus, OH 43216-1534 | Brian Center of Durham<br>Facility 32641<br>PO Box 533088<br>Atlanta, GA 30353 | Empire Carpets<br>c/o GE Money Bank<br>Post Office Box 981438<br>El Paso, TX 79998-1438 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Capital One<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | Encore Receivable Management<br>Post Office Box 3330<br>Olathe, KS 66063-3330 |

FIA Card Services
PO Box 15026
Wilmington, DE 19850

GC Services
Post Office Box 46960
Saint Louis, MO 63146

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

GEMB/Emph
PO Box 981439
El Paso, TX 79998

Hope Valley Farms HOA
Morgan Property Mgt.
PO Box 71294
Durham, NC 27722

HSBC
Post Office Box 80084
Salinas, CA 93912

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Sears
Post Office Box 6924
The Lakes, NV 88901-6924

Shell/Citi **
% Citicorp Credit Services Inc
P.O. Box 6003
Hagerstown, MD 21747-6003

Thomas Memorial Hospital
Patient Accounts
4605 MacCorkle Avenue, SW
Charleston, WV 25309

Wells Fargo Auto Finance
Post Office Box 29704
Phoenix, AZ 85038-9704

Wells Fargo Financial Bank
Post Office Box 5943
Sioux Falls, SD 57117-5943